DANIEL D. HILL (5202)
DAVID L. PINKSTON (6630)
MATTHEW B. PURCELL (15230)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, Suite 1100
P.O. Box 45000
Salt Lake City, Utah  84145-5000
Telephone:  (801) 521-9000
Fax:  (801) 363-0400
ddh@scmlaw.com
dlp@scmlaw.com
mbp@scmlaw.com

*Attorneys for Defendants Navient Corporation and Navient Solutions, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| NELLIE H. CHRISTENSEN, MARC FUTTERMAN, GREGORY R. WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, the UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC, NAVIENT CORPORATION, NELNET SERVICING, LLC, PENSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY (PHEAA) dba FEDLOAN SERVICING, AND UTAH HIGHER EDUCATION ASSISTANCE AUTHORITY (UHEAA),<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br><br>Civil No. 2:19CV00509<br><br>Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that David L. Pinkston, of and for the law firm of Snow Christensen & Martineau, hereby enters his appearance as counsel for Defendants Navient Corporation and Navient Solutions, LLC (collectively "Navient"), and requests service upon him of all pleadings, notices and other matters required or permitted to be made upon the Defendants in the above-referenced matter.

DATED this 12th day of November, 2019.

SNOW CHRISTENSEN & MARTINEAU

/s/ *David L. Pinkston*
DANIEL D. HILL
DAVID L. PINKSTON
MATTHEW B. PURCELL
*Attorneys for Defendants Navient Corporation and Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **NOTICE OF APPEARANCE OF COUNSEL** in Case No. 2:19CV00509 before the United States District Court, State of Utah, was served upon the parties listed below via electronic notification from the court, on the 12th day of November, 2019.

**Counsel for Plaintiffs**
Steven A. Christensen
Cameron S. Christensen
CHRISTENSEN YOUNG & ASSOCIATES, PLLC
9980 South 300 West, #200
Sandy, UT 84070
steven@christensenyounglaw.com
cameron@christensenyounglaw.com

**Counsel for Defendant Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing**
Tyler M. Hawkins
BALLARD SPAHR, LLP
201 South Main Street, Ste. 800
Salt Lake City, UT 84111
hawkinst@ballardspahr.com

/s/ Erin Casaday
Legal Assistant

4839-8433-6556, v. 1