# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| NELLIE H. CHRISTENSEN, MARK FUTTERMAN, GREGORY R. WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, the UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC, NELNET SERVICING, LLC, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY (PHEAA) dba FEDLOAN SERVICING, AND UTAH HIGHER EDUCATION ASSISTANCE AUTHORITY (UHEAA),<br><br>Defendants. | **ORDER**<br><br>Case No. 2:19-cv-00509 |

Based upon Defendants' Consent Motion for an Extension of the Briefing Schedule, ECF No. __, and for good cause appearing, the Court hereby **ORDERS** the following:

1. Defendants' time to file their responses to Plaintiffs' First Amended Complaint, including any motions to dismiss, is extended up to and including **January 24, 2020**;

2. Plaintiffs' shall file their opposition to Defendants' motions by **April 7, 2020**; and

3. Defendants shall file their replies in support of their motions to dismiss by **May 12, 2020**.

DATED this 3rd day of January, 2020.

**BY THE COURT**

Clark Waddoups
United States District Judge