Steven A. Christensen (USB 5190)
Cameron S. Christensen(USB 16015)
Christensen Young & Associates, PLLC
9980 South 300 West #200
Sandy, UT 84070
Telephone: (801) 676-6447
Facsimile: (888) 569-2786
steven@christensenyounglaw.com
cameron@christensenyounglaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **NELLIE H. CHRISTENSEN**, **MARC FUTTERMAN, GREGORY R. WILSON**, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>**ELISABETH DEVOS**, in her official capacity as Secretary of Education, the **UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC, NAVIENT, CORPORATION, NELNET SERVICING, LLC, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY (PHEAA) dba FEDLOAN SERVICING, AND UTAH HIGHER EDUCATION ASSISTANCE AUTHORITY (UHEAA),**<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF NELNET SERVICING, LLC**<br><br>Case No. :19-cv-00509<br><br>Judge David Barlow |

**COME NOW**, Plaintiffs Nellie H. Christensen, Marc Futterman and Gregory R. Wilson, and pursuant to Rule 4(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss without prejudice, Defendant Nelnet Servicing, LLC in the above captioned matter, and as grounds therefore states as follows:

1. Nelnet Servicing, LLC has not been served with process, nor has an answer or other pleading been filed by said Defendant.

DATED February 14, 2020.

        Christensen Young & Associates, PLLC
        ___/s/ Steven A. Christensen____.
        Steven A. Christensen
        Cameron S. Christensen
        Christensen Young & Associates, PLLC
        9980 So. 300 West, #200
        Sandy, Utah, 84070
        (801) 676-6447
        steven@christensenyounglaw.com
        cameron@christensenyounglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system, on February 14, 2020. This system provided a copy to and effected service of this document on all parties.

___/s/ Steven A. Christensen___