IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NELLIE H. CHRISTENSEN; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education; et al.,<br><br>    Defendants. | **ORDER GRANTING MOTION [68], VACATING STAY ORDER [64], AND MODIFYING BRIEFING SCHEDULE**<br><br>Case No. 2:19-cv-00509-DBB<br><br>District Judge David Barlow |

Before the court is the parties' Joint Motion to Lift Stay and Briefing Schedule.[1] The purpose of the stay in proceedings having concluded, the court vacates that order.[2] Consistent with the requested briefing schedule associated with the pending motions to dismiss, the court orders Plaintiffs to file responses on or before April 21, 2020.[3] Defendants' replies must be filed no later than May 26, 2020.

Signed April 2, 2020.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 68.

[2] ECF No. 64.

[3] ECF Nos. 54, 55, 56, 57.